**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SIGNAL 23 TELEVISION,<br><br>Plaintiff,<br><br>vs.<br><br>TYSON ANTHONY<br>(AKA KEVIN PINCKNEY) and<br>BAWN INCORPORATED,<br><br>Defendants. | Civil Action No. 1:17-cv-1452 |

## SUMMONS IN A CIVIL ACTION

To: Bawn Incorporated
1447 Peachtree St NE
Suite 700
Atlanta, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Goings, Esq.
Goings Legal, LLC
27 Muncy Ct. SE
Smyrna, GA 30080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

| | |
|---|---|
| Date: 04/25/2017 | *CLERK OF COURT*<br><br>s/Stephanie Wilson-Bynum<br>*Signature of Clerk or Deputy Clerk* |

United States District Court ★ Northern District of Georgia ★